■ In the Matter of GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent, against DAN H. ELKIND, Appellant.— Order unanimously affirmed,

with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente and McNally, JJ.